IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONDELL NEWSON, | ) | |
|     Petitioner, | ) | |
| | ) | 2:07cv471 |
| v. | ) | Electronic Filing |
| | ) | |
| CHARLES ERICKSON, et al., | ) | |
|     Respondents. | ) | |

## MEMORANDUM ORDER

AND NOW, this 17th day of August, 2007, after a petition for a writ of habeas corpus was filed by the petitioner, Rondell Newson, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were given an opportunity to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Rondell Newson for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied for lack of a viable federal constitutional issue.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                                                                                                      /s/ David Stewart Cercone

                                                                                                              David Stewart Cercone
                                                                                                              United States District Judge

cc:   Honorable Robert C. Mitchell
      United States Magistrate Judge

      Rondell Newson
      ET-5244
      SCI Retreat
      660 State Route 11
      Hunlock Creek, PA 18621

      Rusheen R. Pettit, Esquire
      Office of the District Attorney
      401 Allegheny County Courthouse
      Pittsburgh, PA 15219